the Name and Style of Tracy Bros., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.

Isidor Bloom, as Surviving Partner of the Firm of Littauer & Bloom, Appellant, v. Bankers Surety Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Burr, J., taking no part.

Borough Bank of Brooklyn, Respondent, v. Frank W. Doolittle, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Catherine Braun, Respondent, v. The City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam. JJ.

Annie Brophy, Appellant, v. Isabella B. Campbell, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr and Rich, JJ., concurred; Thomas, J., dissented.

Adeline Buttacavoli, an Infant, by Carlo Buttacavoli, Her Guardian ad Litem, Respondent, v. James A. Stevenson Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Margaret Cahill, as Administratrix, etc., of Teresa Cahill, Deceased, Respondent, v. Benz Auto Import Company of America, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Michael Clark, Respondent, v. James F. Williams, Appellant.— Judgment and order of the County Court of Dutchess county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Norman J. Cole, Respondent, v. Henry J. Clinton, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Thomas F. Connors, as Administrator, etc., Respondent, v. Stephen Nyahay and Joseph Nyahay, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Gustave Deletang, Respondent, v. Joseph L. Sigretto & Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Fidalma Del Genovese, as Administratrix, etc., of Virgilio Del Genovese, Deceased, Appellant, v. Alfredo Del Genovese, Respondent.—We think that during the time of the lease taken by plaintiff's husband, the decedent, his status was such as to justify a demand in equity for an accounting in equity. The judgment is, therefore, reversed and a new trial is granted, costs to abide the final award of costs, with leave to plaintiff to apply at Special Term for any amendment of her complaint that she may be advised is proper. (See *New York & Brooklyn Ferry Co.* v. *Moore*, 18 Abb. N. C. 106; *Marvin* v. *Brooks*, 94 N. Y. 71; *Parker* v. *Pullman & Co.*,

36 App. Div. 208.) Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Julie Dernbach, Respondent, v. Nassau Electric Railroad Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Francesco Dioguardi, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles Feinson, Respondent, v. Max Friedlander, Defendant, and Max Miller, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Ernesto Fraboni, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— This court is of opinion that the proofs of the plaintiff did not establish a cause of actionable negligence against the defendant. The order appealed from is, therefore, reversed, with costs, and the judgment unanimously reinstated. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

William F. Giveans, Respondent, v. Farmers' Loan and Trust Company and Others, as Executors, etc., Appellants.— Judgment and order unanimously affirmed, with costs payable out of the estate. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John Goblick, Respondent, v. Central New England Railway Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $142, in which event the judgment as so modified and the order are unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edmund M. Grant, Respondent, v. Kirkman & Son, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.

Martin V. W. Hall, Respondent, v. Woodmere Homestead Company and Another, Defendants, Impleaded with John McVickar Richmond, Appellant.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. Inasmuch as it affords the appellant an opportunity to try the case, the County Court should see to it that, although the period for trial named in the order has expired, the defendant may still have such opportunity, but, in justice to the respondent, at the earliest day possible. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Samuel Harris, Respondent, v. Glyndon Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Dayton Hedges, Respondent, v. Pioneer Iron Works, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.